**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO: 14-60023-TP-DIMITROULEAS**

**UNITED STATES OF AMERICA**

**v.**

**TOLAND ASH,**

**Defendant.**
**________________________________ /**

**UNITED STATES' RESPONSE TO DEFENDANT'S MOTION**
**FOR EARLY TERMINATION OF SUPERVISED RELEASE**

Undersigned counsel hereby files this response to Defendant Toland Ash's Motion for Early Termination of Supervised Release.

On May 28, 2013, the defendant was sentenced in the Western District of Louisiana to three (3) years' probation after pleading guilty to unlawfully dispensing a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(E)(3). On April 7, 2014, jurisdiction of the defendant's probation was transferred to the Southern District of Florida and his case was reassigned to this Court.

On October 14, 2014, the defendant was arrested and charged with Driving Under the Influence resulting in a violation of the terms of his federal probation. On March 9, 2015, the defendant appeared before Your Honor, admitted the violation and was adjudicated guilty. The defendant's term of probation was revoked and the defendant was placed on new three (3) year term of probation beginning that day, with all previously imposed conditions as well as home confinement with electronic monitoring for the first six (6) months. The defendant was originally supervised by United States Probation Officer Glenn Kohlhepp but is currently being supervised by Probation Officer Andrea Boone. The defendant's term of supervised release is due to

terminate on March 8, 2018.

The defendant has now filed a motion seeking early termination of supervised release which he believes will enable him to secure more permanent employment, perhaps in another state. The undersigned has reached out to Officer Boone who advised that she has been supervising the defendant on her low risk caseload since February of 2017. According to Officer Boone, the defendant has been in compliance with the terms of his supervised release and U.S. Probation has no objection to the defendant's request. The government concurs with this position and does not oppose the defendant's request seeking early termination of supervised release.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: s/ Corey Steinberg

Assistant United States Attorney
Florida Bar No. 0563234
500 Broward Blvd. 7th Floor
Fort Lauderdale, Florida 33394-3016
Tel: 954-660-5147
Fax: 954-356-7336
corey.steinberg@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 26, 2017, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF.

s/ *Corey Steinberg*
Assistant United States Attorney