UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,　　　　　　　　　　　CASE NO. 14-60023-TP-DIMITROULEAS

　　　　Plaintiff,

vs.

TOLAND ASH,

　　　　Defendant.
_____/

**O R D E R**

THIS CAUSE is before the Court on Defendant Ash's May 9, 2017 Motion to Terminate Probation [DE-24]. The Court has received a May 26, 2017 Response from the Government [DE-26]. The Court held a hearing on June 2, 2017. The Motion to Terminate Supervised Release [DE-24] is Granted.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 2nd day of June, 2017.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Toland Ash
700 SW 78 Avenue, #406
Plantation, FL  33324

Corey Steinberg, AUSA
Andrea Boone, USPO